## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

JIMMY DEWAYNE STANLEY                                    PLAINTIFF

v.                            No. 4:25-cv-690-DPM

PURYEAR, Judge, Drew County
Courthouse                                              DEFENDANT

### ORDER

1.     Stanley's notice of certificate and calculation sheet is incomplete;  he didn't submit an application to proceed *in forma pauperis*.  He must submit a completed application by 21 August 2025. If he doesn't, his case will be dismissed without prejudice.  LOCAL RULE 5.5(c)(2).

2.     The Court directs the Clerk to mail Stanley an application to proceed *in forma pauperis* and a blank § 1983 form.  If the Court grants him permission to proceed *in forma pauperis*, then the administrative fee will be waived, but Stanley will have to pay the $350 filing fee in monthly installments taken from his prisoner account.   28 U.S.C. § 1915(b).

So Ordered.

_DPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

16 July 2025