IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JIMMY DEWAYNE STANLEY**  PLAINTIFF

v.  No. 4:25-cv-690-DPM

**PURYEAR, Judge, Drew County
Courthouse**  DEFENDANT

### ORDER

Stanley's motion for a status update, *Doc. 6*, is granted. He also updated his mailing address. The Court directed Stanley to file a complete application to proceed *in forma pauperis* by 21 August 2025. The Court directs the Clerk to mail Stanley a copy of that Order, *Doc. 3*, an application to proceed *in forma pauperis*, a blank § 1983 form, and the docket sheet. The Court extends the time to file a completed application until 25 September 2025.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge
26 August 2025