# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JIMMY DEWAYNE STANLEY**                                                          **PLAINTIFF**

v.                              No. 4:25-cv-00690-DPM

**PURYEAR, Judge, Drew County
Courthouse and DOE, "Darnell" Jail
Doctor**                                                                            **DEFENDANT**

## JUDGMENT

Stanley's complaint, amended complaint, second amended complaint, and third amended complaint are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

<u>25 September 2025</u>